## Exhibit A to the Complaint

**Location:** West Hartford, CT  
**Total Works Infringed:** 52  
**IP Address:** 73.238.50.172  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5E85428D24CF641DA41B4471DB02E0D6C6BA4EED<br>File Hash:<br>D10741730A8ED039447C4CE40A76DBD6204B6B23AB0D6712DF9BB120F8895C3D | 04/09/2024 10:06:34 | Blacked | 04/08/2024 | 04/10/2024 | PA0002464920 |
| 2 | Info Hash: 0D076FCE12FD05ECF3DAA087E535B4728E7E0AA4<br>File Hash:<br>E64F73DDC1539B6DC0F0DEB57300517CED4C31C9CABDF1886A8215AB7DBD3A67 | 04/09/2024 10:01:23 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 3 | Info Hash: C30CCFC380D7DF878CE1FDAAD2D8484EB745023C<br>File Hash:<br>E02B75D256F2DF50AF6F2856811241DB2A6D85ACFDB1BAD82C4E3EC39A168792 | 04/07/2024 22:58:34 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 4 | Info Hash: 47EBD21709C9D3C23CDE3AAB1E02DEE5BC8A5C48<br>File Hash:<br>9A3F22D91DDD4D119ECFFEDC8460D0AE19A84006EF0768D65D2A8339E6EC2F61 | 04/06/2024 07:39:04 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 5 | Info Hash: 6E6BF5A0D557E9868D2A76C711CE9D49793CA9C0<br>File Hash:<br>31483B86085A54E09DB88383C2001B74A78714C9E9EFBDCB0E1ABE63B157B8F0 | 04/04/2024 00:04:59 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 6 | Info Hash: B4927D4FF041DAA484BBAF828DD096DBDADE41DF<br>File Hash:<br>014415388B1F4E4D036135ED13E992885CC78980A9AA97C2DAA19B094D9555BD | 04/02/2024 23:43:57 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 7 | Info Hash: 0FCEE93A0C139E023CDD284D42C99D29EB649657<br>File Hash:<br>54C7C7919ACAAD8CD898A3B688E72B4A0202B226539FFE15609E28AA67EE59D3 | 04/01/2024 21:06:31 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 8 | Info Hash: 3D82C3D53AF408D66FC87D8CC893365D14BA3F59<br>File Hash:<br>42EAA2B017BC9A729C862273CD5AB772DFFC10516DBE97C4F7225341D1423E82 | 03/30/2024 00:23:30 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 9 | Info Hash: 5A8A0095C538A7DDCCEDB1237FE1BA75C45A11E4<br>File Hash:<br>7E94D2808B8A1A074B71ADDA8C89A7D84C9F0439CC71C6C39FA739439AB9FBCC | 03/30/2024 00:23:12 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 10 | Info Hash: 81A3248365640BCD9D3F6DB8A1BD80092D4FA8E1<br>File Hash:<br>651D20179D9849DF16CE0D2EC28850C53D0D0AA2BD2F881841BCD34069B40971 | 03/27/2024 07:24:25 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 11 | Info Hash: 2F78DD2C1A7796B6FB1B6BB1E53B9E5C770A35E1<br>File Hash:<br>F59335499AFB7D725A0433DAE0B8C2B33E475E64FD63404E9ECABEE28013A013 | 03/25/2024 21:53:08 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: BFAFBB37689B9363A3DFFFCA4274AA6C8B30FFD2<br>File Hash: 12A800440061165ED762E06C2B83C532A314E47384BA7FCF30FF054EA4E0CCD5 | 03/25/2024 05:48:57 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 13 | Info Hash: 967D1507DFA890276DE7A9CA9CDB3B7FBD45876B<br>File Hash: 35843F73E8C9763C784B312F34EE94CF77148A9A28A237A97158BCB5691554E0 | 03/25/2024 05:45:41 | Tushy | 03/24/2024 | 04/12/2024 | PA0002465214 |
| 14 | Info Hash: 655A2FE9DBA7FB5C50000C8ECC71388F0B5F1562<br>File Hash: 6AED455392ABC08334381251B9C57ADFF4F50DE43A6650927852F1174D52A0E8 | 03/23/2024 07:40:04 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 15 | Info Hash: DDC4E99F8037ED39DB48C3DC4776B505DF24C039<br>File Hash: 9EB485623ED16DDF4A4C74159C69A9CF4B962E58E261CBD2B25C110FF7B86970 | 03/20/2024 07:37:59 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 16 | Info Hash: E031A265E7064C124927BFAD5B6FE574E74EFE46<br>File Hash: 33457016B8807A568D5121A62A8FC8BAAD9E46008C2B5CB7AFA96D651FA3BDA5 | 03/20/2024 07:34:57 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 17 | Info Hash: 8D0985891BE755F8CC31C8B33919BCDBC3D0303E<br>File Hash: 53C4D781D5A1C075B972DDC3002BD3C077FBE81603F5D155D13DD8AFC40C1591 | 03/18/2024 21:33:30 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 18 | Info Hash: 8E212D08D719C567F21FC8544BDAD03AB17FE60D<br>File Hash: 3D43BC9036C634D8702C3A20CC362DACA0778CA0729634F99CF425B4C0C2C549 | 03/18/2024 14:31:43 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 19 | Info Hash: 9B04F0E6AB14BB67DDA7993E25336A7BF6EECD39<br>File Hash: 816A8E7ABC0EC477EE63FC1851C64F366CAA75EC64068360A90DE4B1D6C010CD | 03/15/2024 23:32:45 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 20 | Info Hash: 28438C776BB4E5C51AA8DFE4E6F6B195E8BE6DC6<br>File Hash: 193896EAD79B49B8E940B374C148D219B1B040E576E730BD9C4F88D1D5147565 | 03/15/2024 01:35:29 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 21 | Info Hash: 3DF0FEEA7591A8768460E5982F42F4454B22B3E7<br>File Hash: 396C4A3623F8200534C63AA0E90753A4A590B4B12F1F3F7D905BC2580EDA185D | 03/13/2024 00:43:05 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 22 | Info Hash: CC8D0610A4EDE1C099E664843FB81375E84FCB15<br>File Hash: EB35E56C9E7ACA80994DB6E78FA9CC04BA3722242BB58FBDB03EDF04E3BC91E9 | 03/11/2024 23:17:27 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 23 | Info Hash: 6235336C2BD1FBF2ED74794D807165A07F08A040<br>File Hash: 605674E86BA45C6BF5D627B27E982E895A7DC48BB62446FC64D82B66662BD2BB | 03/11/2024 01:52:31 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1019BE52DA01444430157860E9B9984F4B368DF0<br>File Hash: 2B4F5EE62A3D7517866A346A9538B3CB3B2959B28EEFCCDDAA4EBC01632150F2 | 03/08/2024 22:21:05 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 25 | Info Hash: 7AB491242724955FDB94331C57ED7811CCF6092C<br>File Hash: 9C7E811B66FF7CBC950DD91E1EE3E147FC0E9F850995B7FA01114FED0037ACC8 | 03/04/2024 09:05:48 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 26 | Info Hash: 22238C4FBCB8A5A40C1CD74B1D49504AD024D9BC<br>File Hash: 04FF3B9646FC15C79F458FB3D469CE1A6B1E8E41321C88A4058842D06E0AE3F7 | 03/03/2024 08:50:50 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 27 | Info Hash: 5A8528C17E5984EFC85778BBCD371C0133E1F76A<br>File Hash: 431C7A9CEA6944CBC3C1EA26A015ADC0C42FE7C0374E55DA897D32CE7356A7B0 | 03/02/2024 02:36:59 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 28 | Info Hash: 04532CB995D622BE56A057711FA991C48A64CF9F<br>File Hash: BDC102774D0F21197366D1EEC11D0DA4CB700AF6E070662F41494A1FB3BC278D | 02/27/2024 20:52:52 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 29 | Info Hash: 9B495DC2E9D0A4CC07ABC640B3FAF630791531EE<br>File Hash: 1E035F82FC63ADD9013E8987C2233DCD144742A55C7875EB1F0156DD768B9DC7 | 02/27/2024 02:14:14 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 30 | Info Hash: 83A05BAB4D5C9A7A0186A46A4DD8A1F1F38A6FD2<br>File Hash: 0A2AE1B2B1ECA32957C24C94DA86DFAA7666FCDE58F0AC34CCE1A8D1B37733CE | 02/26/2024 01:10:39 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 31 | Info Hash: D48339842D64EC42AC591BD0E0AA8F3C791C6035<br>File Hash: 256A0D0618D859AE5A6412529381C37581CE3B5397647EFB4A5544B075C82A18 | 02/24/2024 06:27:17 | Vixen | 02/23/2024 | 03/13/2024 | PA0002459589 |
| 32 | Info Hash: D622E7E1ECE1E8B0FD30E35D8673921E89D8742F<br>File Hash: 490D8F9D75E0E6D2922D05E5DD30FA7BE53CB6F265C1D918DF2CBC97D43B4276 | 02/23/2024 16:42:07 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 33 | Info Hash: 21D581A96DA1382A7CB92123C07F3906BC44BEF0<br>File Hash: 75BF68043CA1FEF78DCBD3464CF7740A66C183BB0571964F418EE64F1AB2C126 | 02/23/2024 15:27:17 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 34 | Info Hash: 1B91AEFA0453B539D1375799DBF7C9E5EAF53DFC<br>File Hash: 8563463D4538C01F38CE72FB850497CA47AE5B30E39B9816B19E021A3F5934D1 | 02/23/2024 12:55:44 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 35 | Info Hash: 8258A4B6203BF3D3657AF958752C5E6F0E8DA3B5<br>File Hash: BAC1C9931C7F00116631B93E0C4D798A4EC088B91265CDFF9EAA07FD8D367BDD | 02/11/2024 02:03:51 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6374DE7F243BE4000C499B075B476652F6DCF4E2<br>File Hash: 407AF49DFEABB7171B805146894E14629D0B559B77EA6966432A6AF703ACF148 | 02/10/2024 08:08:45 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 37 | Info Hash: 1B0C8500475DE3D348BE3C25B78DC0F984DD2CBC<br>File Hash: 5E2B4F06F1E8D813B5FB5E598312E48BF8E5BD90D98D44690AE0D34643C27C5B | 02/08/2024 10:35:57 | Slayed | 02/06/2024 | 03/28/2024 | PA0002462508 |
| 38 | Info Hash: B61D58958B7E338483718C463D27D88739BFD4D7<br>File Hash: B56A83CC641AA49DA0B73526D30878CAEBF4A22471D7ACCA7D9BF089FCDBB07A | 02/07/2024 01:29:08 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 39 | Info Hash: FB949E6A2CABB15D73473DF1792CCAE5A3DA0C12<br>File Hash: 89C017C10939725BC5B68B0DD04EFDCE380F6E6D4DD314E70B9751BC4ADDD4E2 | 02/06/2024 00:05:23 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 40 | Info Hash: 4570CA5067B9D6A3440E83314DA837ED74B9C978<br>File Hash: D53035373D82C28B9D2AE6A75F9433A57AC76FD71A17C5DDDBCD9636B588FB97 | 02/04/2024 20:33:58 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 41 | Info Hash: E7D324600B0930B5F95BA0BEA474715C417AFFCE<br>File Hash: AFA1A2B464D33B224A1C880F595C77454CF63678FDC85D111D15DAC22030BB33 | 02/04/2024 08:31:56 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 42 | Info Hash: F0C6D69EE2F4EA3D42AE671B7518E93DA5E34163<br>File Hash: 369DB20EF6125F3A28F6F59DCD745BCD594FF507A09375F58EFB3B70C9232A88 | 02/03/2024 09:14:31 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 43 | Info Hash: DCA6CDFA2F8839B91BC800826BFB6FD8FB7E3FD2<br>File Hash: C7751E9733330DFDA8C9F52E83ABA1E209E68847378B188D961DFD67E36DE535 | 02/03/2024 09:05:28 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |
| 44 | Info Hash: 145A640ED1879539006CD76B19CE39883736083E<br>File Hash: ED9F843D58B12BDC9168175503C38386F3C21FE3B99EDF69E6A7591856998424 | 01/31/2024 01:10:20 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 45 | Info Hash: AB46CB2529BC63852E50BB45A8E4502149DAD07D<br>File Hash: D0480C1A6FAD6335FCE61CA7940C4D64D579D344C3E7322063EDD9C8E46699CD | 01/29/2024 08:56:26 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 46 | Info Hash: 1581B471F9DCD23A43E2379D4953D41626A83041<br>File Hash: 55DAD3B81CC901F8B0543919CE6BA3F897718D0C505C6B37C9B5AC498E3DFE11 | 01/27/2024 23:48:44 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 47 | Info Hash: C03FE3B001879E1AB386C94EFD3BB1803936C684<br>File Hash: 6DA9936A1D24DF786A52F48F5A52D0A3196F3AC299ABFA2DD61E9074BC72AA8D | 01/26/2024 22:57:53 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: EE263480F2A1CCD2DB243C8D805149D3F3A55378<br>File Hash: AC112C27BF746C483E43E86E9125306FEFD8D9F8555DA87ECFFB94D061B2ACC8 | 01/24/2024 18:35:23 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 49 | Info Hash: BD0E1A645A2C5FD02C14490BEC01858C7D0272EC<br>File Hash: 49BE304C224615BC5D04BD3389D9EB4FAD099468BA6EAE2F40680A97B871B58C | 01/23/2024 01:33:52 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 50 | Info Hash: 37F57F5242F60888754749D6B494E6E949CAA53C<br>File Hash: 44E8CB765B6CBDC3F14C467B6B05FE5648D99C26D822099F0EE6DDB3F7AB4E5D | 01/21/2024 23:49:32 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 51 | Info Hash: 5406276266A3488F54A3780C273D264BCEE753A2<br>File Hash: 057049E39C84AE0FC11DA33C3A676CCE596DDB5F096AAC2BCC9E842CFCBDEDCF | 01/19/2024 10:53:38 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 52 | Info Hash: E6C1C53C8CFCE6E7207F669B0D3C61C24835B57F<br>File Hash: F6CA81226BC11F34C19208341BBF6897A24ACB13D6F18E05A93045AFF1880FDC | 01/19/2024 10:02:52 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |